Beckenbach Co v. Sunshine et.......... 18899
Brown v. State ...................... 18904
Indust. Com. v. Hesson.............. 18906
Maser v. Simmons.................... 18905
Nat. Funding Co. v. Volk et........... 18898
No. Shaker Bouls. Co. v. Huntington Co. 18907
Szymanski v. Davis, Agt.............. 18902
Windrig v. Levinsohn ............... 18903

#### January 5

18898—National Funding Co. v. Katherine Volk, National Carpet & Rug Co.; motion to direct Cuyahoga Appeals to certify. Wilkin, Cross & Daoust, Cleveland, for plaintiff; Cline & Patterson, Cleveland, for defendant.

#### January 6

18899—Beckenbach Co. v. David Sunshine, Armand Drug & Candy Co., and A. A. Gardos; motion to direct Cuyahoga Appeals to certify. Fred E. Bruml and P. J. Mulligan, Cleveland, for plaintiff; Mooney, Hahn, Loeser & Keough, Cleveland, for defendants.

#### January 8

18902—Joseph A. Szymanski v. James C. Davis, as Agent; motion to direct Belmont Appeals to certify. C. C. Sedgwick, Bellaire, for plaintiff; N. K. Kennon, St. Clairsville, for defendant.

#### January 13

18904—Henry Brown v. State of Ohio; motion for leave to file petition in error to the Court of Appeals of Hamilton County. Jas. G. Stewart and Edwin G. Becker, Cincinnati, for the plaintiff; Chas. S. Bell, Cincinnati, for defendant.

18903—Ida K. Windrig v. Joseph Levinsohn; motion to direct Hamilton Appeals to certify. Carl A. Magee and Duvean Brafford, Cincinnati, for plaintiff; Albert Weinstein and Max Schiff, Cincinnati, for defendant.

#### January 14

18905—G. H. Moser v. C. H. Simmons; motion to Knox Appeals to certify. Burch B. Ferenbaugh, Buckeye City, for plaintiff.

18906—Industrial Commission v. Clara Hesson; motion to Ashland Appeals to certify. C. C. Crabbe and R. R. Zurmehly, Columbus, for plaintiff; H. E. Culbertson, Pros. Atty., Ashland, for defendant.

18907—North Shaker Boulevard Co., Huntington Construction Co., Alfred W. Harris, United Erecting Co., Truscon Steel Co., and 24 others v. Harriman National Bank, New York City; motion to Cuyahoga Appeals to certify. Bulkley, Hauxhurst, Jamison & Sharp and Griswold, Green, Palmer & Hadden et al., Cleveland, for plaintiffs; B. L. Kraus, Ulmer & Berne and Thompson, Hine & Flory, Cleveland, for defendant.

## WEEKLY REPORT OF SUPREME COURT PROCEEDINGS
### TUESDAY, JANUARY 13, 1925.
#### INDEX OF CASES

Ruch ex Parte........................ 18404
State ex v. Main, Aud............... 18872
State ex v. Locher, Dvr........ 18663, 18664
State ex v. Zangerle................. 18582

#### GENERAL DOCKET
##### ANNOTATED CASES

18404—Herman G. Ruch, Ex Parte. Habeas Corpus. Dismissed on motion of applicant. without record. Dock. 2-22-24; 2 Abs. 163.

18582—State, ex rel. Ralph H. Waterbury, v. John A. Zangerle, Auditor. In Mandamus. Cause dismissed on application of plaintiff without record. Dock. 5-13-24; 2 Abs. 371.

18663—State, ex rel. John F. Davis, v. Cyrus Locher, Director In Mandamus. Cause dismissed without record and without prejudice on motion of relator and at his costs. Dock. 6-20-24; 2 Abs. 436.

18664—State, ex rel. George B. Kopf, v. Cyrus Locher, Director, etc. In Mandamus. Cause dismissed without record and without prejudice on motion of relator, and at his costs. Dock. 6-20-24; 2 Abs. 436.

18872—State, ex rel. Tax Commission of Ohio, v. Wilbur J. Main, Auditor of Delaware County. In Mandamus. Demurrer to petition withdrawn, and peremptory writ allowed by agreement of parties. Dock. 12-19-25; 3 Abs. 3.

# CALENDAR
## ANNOTATED
### SUPREME COURT OF OHIO
#### January Term, A. D., 1925.

Causes assigned for oral argument for January and February, 1925.

NOTICE: During this assignment the Court will meet at 9:00 o'clock A. M., Eastern Standard Time.

#### Friday, January 9, 1925.
##### (General Docket.)

18445—City of Elyria v. Meachem et al. Dock. 3-14-24, 2 Abs. 210; Mo. dis. deft. NYC Ry. over. 2 Abs. 690.

18777—City of Cincinnati v. Public Utilities Commission et al. Dock. 9-12-23; 2 Abs. 578.

18779—Cincinnati & Suburban Bell Telephone Co. v. Public Utilities Commission. Dock. 7-15-24; 2 Abs. 578.

#### Tuesday, January 13, 1925.
##### (General Docket.)

18518—Drew v. Gross. Dock. 4-16-24; 2 Abs. 290.

18561—State ex rel Crabbe, Atty. Genl., v. Wead, Auditor. Dock. 5-8-24, 2 Abs. 338.

18371—London & Lancashire Indemnity Co. v. Fairbanks Steam Shovel Co. Dock. 7-25-24, 2 Abs. 483.

#### Wednesday, January 14, 1925.
##### (General Docket.)

18224—Hammond, Treas. v. Winder, Recr. (Re-argument.) Dock. 12-5-23, 1 Abs. 843.

18757—O'Brien, Admx. v. O'Brien et al.

#### Thursday, January 15, 1925.

Motions.